UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

YVONNE ZAREMBA,

        Plaintiff,

                                    Case Number 06-10440-BC
v.                                    Honorable David M. Lawson

JAMES A. JONES, a/k/a JIM JONES, and
MASS CONSULTANTS INCORPORATED

        Defendants.
_____ /

## ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT BY DEFAULT

On February 21, 2006, the plaintiff served a summons and complaint by certified mail upon defendant Mass Consultants, Inc. That defendant has failed to plead or otherwise defend this action within the time allowed by the Federal Rules of Civil Procedure. In accordance with Rule 55(a), the Clerk of Court entered a default against defendant Mass Consultants on March 15, 2006. Before the Court is the plaintiff's motion for an entry of judgment by default for a sum certain. After reviewing the plaintiff's submissions, the Court finds that plaintiff has stated a sum certain, that is, the principal of promissory note of $750,000 plus five percent annual interest calculated from February 14, 2005 until the date the instant motion was filed, April 14, 2006, for a combined total of $790,068.49. The Court therefore will enter default judgment in that amount.

Accordingly, is **ORDERED** that the plaintiff's motion for entry of judgment by default [dkt # 14] is **GRANTED**.

It is further **ORDERED** that defendant Mass Consultants, Inc. pay the plaintiff $790,068.49 under the terms of the promissory note as described above.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: May 15, 2006

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 15, 2006.

s/Tracy A. Jacobs  
TRACY A. JACOBS